MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, ISBN 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8927
Facsimile: (415) 744-0135
E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| DEMETRIUS DUNN,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 3:10-cv-5012 EMC<br><br>**STIPULATION FOR EXTENSION OF TIME AND PROPOSED ORDER** |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's Opening Brief up to and including October 10, 2011. The response is currently due on September 8, 2011. This extension is being sought because the undersigned attorney for the Commissioner was unable to complete the Commissioner's brief within the original time frame due to a heavy work load and the unavoidable transfer of assignments from other attorneys. Plaintiff shall be permitted to reply to Defendant's response up to and including October 24, 2011.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: September 6, 2011     /s/ Marck V. Kalagian
_____
MARC V. KALAGIAN
(as authorized via email on September 6, 2011)
Attorney at Law
Attorney for Plaintiff

Dated: September 7, 2011     MELINDA L. HAAG
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:

*/s/ Patrick William Snyder*
_____
PATRICK WILLIAM SNYDER
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: 9/8/11 _____

IT IS SO ORDERED

Judge Edward M. Chen

2