MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, ISBN 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0135
    E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| DEMETRIUS DUNN, ) | CIVIL NO. 3:10-cv-5012 EMC |
|     Plaintiff, ) | |
|         v. ) | **STIPULATION FOR EXTENSION OF TIME AND P~~ROP~~OSED ORDER** |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
|     Defendant. ) | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's Opening Brief up to and including November 9, 2011. The response is currently due on October 10, 2011. This extension is being sought because the undersigned attorney for the Commissioner was unable to complete the Commissioner's brief within the original time frame due to the unavoidable transfer of assignments from other attorneys, including an upcoming Ninth Circuit oral argument. Plaintiff shall be permitted to reply to Defendant's response up to and including November 23, 2011.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: October 5, 2011   */s/ Marc V. Kalagian*
   _____
   MARC V. KALAGIAN
   (as authorized via email on October 5, 2011)
   Attorney at Law
   Attorney for Plaintiff

Dated: October 5, 2011   MELINDA L. HAAG
   United States Attorney
   DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
   Social Security Administration

By:   */s/ Patrick William Snyder*
   _____
   PATRICK WILLIAM SNYDER
   Special Assistant U.S. Attorney
   Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: 10/6/11   _____
   UNITED ST[ATES]

IT IS SO ORDERED
Judge Edward M. Chen